

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2014

No. 04-13-00827-CV

**IN THE INTEREST AND PROTECTION OF J.G.,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2013-MH-3502
Honorable Oscar J. Kazen, Judge Presiding

## O R D E R

The appellant has filed a motion to consolidate Appeal Nos. 04-13-00825-CV and 04-13-00827-CV for purposes of efficiency. Appellee has not opposed the motion. The court has examined the record and finds that, in the interest of efficient administration, the motion should be granted and the two cases should be consolidated for purposes of appeal.

Accordingly, it is ORDERED that Appeal Nos. 04-13-00825-CV and 04-13-00827-CV are CONSOLIDATED. The parties shall file motions, briefs and any other pleadings as if the two causes were one case, but with both cause numbers designated on the cover. The court may dispose of both causes with the same order, opinion and mandate.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of April, 2014.

_____
Keith E. Hottle
Clerk of Court